KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
GARY CARRASCO

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV-F-06-00235 AWI |
| Plaintiff, | STIPULATION TO RESET DATE FOR SENTENCING |
| v. | Requested Date: 6/4/07<br>Time: 9:00 a.m.<br>Dept: AWI |
| GARY CARRASCO, | Date Previously set: 5/29/07 |
| Defendant. | |

IT is hereby stipulated between counsel for the government and counsel for Defendant GARY CARRASCO that the sentencing date previously set for May 29, 2007 be rescheduled to June 4, 2007 at 9:00 a.m. as counsel for CARRASCO has a mediation hearing set in Oakland, California on May 29, 2007, and counsel for the government is unavailable on May 29, 2007.

DATED: May 21, 2007           /s/ Katherine Hart
                              KATHERINE HART


DATED: May 21, 2007           /s/ Stanley A. Boone
                              ASSISTANT UNITED STATES
                              ATTORNEY

# ORDER

Based on the stipulation between counsel, it is hereby ordered that the sentencing date in the case of United States v. Gary Carrasco be rescheduled from May 29, 2007 to June 4, 2007 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:  May 21, 2007**               /s/ Anthony W. Ishii
                              UNITED STATES DISTRICT JUDGE